IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


7825 MYRTLE OAK LANE, LLC AND
ANDREW LA ROSA,

        Appellants,

v.                              Case No. 5D15-74

BANK OF NEW YORK MELLON, ETC., ET AL.,

        Appellees.

_____/

Opinion filed June 17, 2016

Appeal from the Circuit Court
for Osceola County,
Robert J. Pleus, Jr., Senior Judge.

Jose G. Oliveira, of Jose G. Oliveira, P.A.,
Orlando, and Raymer F. Maguire, III, of
Maguire, Lassman, P.A., Orlando, for
Appellants.

Nancy M. Wallace and Michael J. Larson,
of Akerman LLP, Tallahassee, and William
P. Heller, of Akerman LLP, Fort Lauderdale,
for Appellees.

OPINION ON MOTION FOR REHEARING AND CLARIFICATION


PER CURIAM.

This cause is before us on Appellee's Motion for Rehearing and Clarification of

Order Granting Attorneys' Fees. We deny the motion for rehearing, but grant the

motion for clarification based on Appellant, 7825 Myrtle Oak Lane, LLC's, confession of error. Inasmuch as 7825 Myrtle Oak Lane, LLC, is not entitled to an award of attorney's fees, we clarify that the April 22, 2016 order awarding attorney's fees shall apply only to Appellant, Andrew La Rosa.

REHEARING DENIED; CLARIFICATION GRANTED.

BERGER, LAMBERT and EDWARDS, concur.